# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ROOT VERMERAN,<br><br>                      Plaintiff,<br>vs.<br><br>SCOTT EASTLAND; IOA RE, an unknown entity; and DOES 1 through 25,<br><br>                      Defendants. | CASE NO. 07cv1976 H (AJB)<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE** |

On August 2, 2007, plaintiff Joanne Root Vermeran filed a complaint against defendants Scott Eastland and IOA RE, Inc., in the Superior Court of the State of California, County of San Diego. On October 12, 2007, defendants removed the action to this Court. (Doc. No. 1.) On October 17, 2007, defendants filed a motion to dismiss plaintiff's complaint as well as a motion to strike certain matters from the complaint. (Doc. No. 2.) A hearing on defendants' motions was scheduled for November 26, 2007. On November 20, 2007, the Court ordered the motions submitted on the papers without oral argument. (Doc. No. 3.) On November 26, 2007, the Court granted an extension of the briefing deadlines with respect to defendants' motions and ordered that Plaintiff's response in opposition be filed on or before December 14, 2007. (Doc. No. 5.)

On December 14, 2007, plaintiff filed a first amended complaint. (Doc. No. 6.) Accordingly, the Court denies as moot defendants' motion to dismiss and motion to strike.

1 | Such denial is without prejudice to defendants' ability to file similar responses to the amended
2 | complaint.
3 | IT IS SO ORDERED.
4 | DATED: December 17, 2007

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

7 | COPIES TO:
All parties of record.